**17D02-2109-CT-000039**

DeKalb Superior Court 2

Filed: 9/15/2021 10:26 AM
Clerk
DeKalb County, Indiana

| STATE OF INDIANA | ) | IN THE DEKALB SUPERIOR COURTS |
| --- | --- | --- |
| | ) SS: | |
| COUNTY of DEKALB | ) | CASE NO. |

CINDY G. BROWN,  )
    Plaintiff,  )
                )
                )
vs.  )
                )
BIOTRONIK, INC.  )
c/o REGISTERED AGENT SOLUTIONS, INC.  )
200 Byrd Way  )
Suite 205  )
Greenwood, Indiana 46143  )
    Defendant.  )

## COMPLAINT

Plaintiff, Cindy Brown ("Ms. Brown"), by counsel, brings this action against the Defendant, Biotronik, Inc., for damages resulting from Defendant's negligent design, development, testing, assembling, manufacturing and/or marketing of the products sold as the Lumax 740 VR-T and the lead, Linox SD 65/16.

1. Ms. Brown, resides at 2301 County Road 62, Auburn, DeKalb County, Indiana, 46706.

2. Defendant Biotronik, Inc. is a multi-national cardiovascular biomedical research and technology company headquartered in Berlin, Germany with United States headquarters and manufacturing at 6024 Jean Road, Lake Oswego, Oregon, 97035 and it is registered with the Indiana Secretary of State as a Foreign For Profit Corporation and with a resident agent listed as Registered Agent Solutions, Inc., 200 Byrd Way, Suite 205, Greenwood, IN 46143.

3. On or about August 3, 2007, Ms. Brown had her first cardioverter defibrillator and lead implanted, Lumax 340 VR-T and Linox SD 65/16; both /were products designed and manufactured by Defendant.

4. On or about May 29, 2013, the original cardioverter defibrillator was removed and was replaced with the Lumax 740 VR-T (60665525); the original lead remained in place; this new cardioverter defibrillator was also designed and manufactured by Defendant and is sold as atrial diagnostic system to protect ICD patients against inappropriate shocks and undetected AF.

5. Among other things, Defendant marketed these products to physicians as "the world's first single-chamber ICD system with complete atrial diagnostics to protect all ICD patients against inappropriate shocks and undetected AF."

6. On or about September 20, 2019, Ms. Brown was at her home when either both the Lumax 740 VR-T cardioverter defibrillator or the Linox SD 65/16 lead malfunctioned/failed; in a short period of time, she suffered at least twenty (20) inappropriate shocks from the Lumax 740 VR-T.

7. On or about September 23, 2019, Ms. Brown underwent a procedure to remove the both the Lumax 740 VR-T cardioverter defibrillator and the Linox SD 65/16 lead.

8. Ms. Brown has undergone extensive medical care as a result of the failure/malfunction of the Lumax 740 VR-T cardioverter defibrillator and/or the Linox SD 65/16 lead; both devices are/were manufactured by Biotronik.

9. Ms. Brown has suffered and will continue to suffer serious injury, significant pain and suffering, loss of enjoyment of life, post-traumatic stress and other losses due to the

failure/malfunctions of the Lumax 740 VR-T cardioverter defibrillator and/or the Linox SD 65/16 lead on September 20, 2019.

10. The the Lumax 740 VR-T cardioverter defibrillator and/or or the Linox SD 65/16 lead were unreasonably dangerous and/or defective in that it should never have shocked Ms. Brown's heart so many times in such a short period of time.

11. Defendant should reasonably have foreseen that both the Lumax 740 VR-T cardioverter defibrillator and/or or the Linox SD 65/16 lead would, in the ordinary course of business, come into Ms. Brown's possession and her body without substantial alteration in its condition.

12. Defendant's negligence violates **I.C. § 34-20-2-1., et seq**.

13. Defendant's descriptions and marketing pieces created an implied warranty of merchantability that the Lumax 740 VR-T cardioverter defibrillator and/or or the Linox SD 65/16 lead would "protect all ICD patients against inappropriate shocks and undetected AF," which warrant was breached when Ms. Brown received the inappropriate shocks described above, contrary to **I.C. § 26-1-2-314, et seq**.

14. Ms. Brown put both the Lumax 740 VR-T cardioverter defibrillator and/or or the Linox SD 65/16 lead to their intended use, during which use she suffered the numerous shocks to her heart, causing the injuries described above.

WHEREFORE, plaintiff, Cindy Brown, demands judgment against Defendant for such damages as are reasonable in the premises, plus costs and attorney fees.

## DEMAND FOR JURY TRIAL

The Plaintiff respectfully requests a trial by jury in the above case as to all issues.

Respectfully submitted,

**J. BRIAN TRACEY**

/s/ J. Brian Tracey
J. Brian Tracey, #16215-02
116 E. Berry Street
Lincoln Tower, Suite 1000
Fort Wayne, IN 46802
 (260) 407-7071
*ATTORNEY FOR PLAINTIFF*